No. 99–7166. BROWN v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7168. WINWARD v. CARR ET AL. (three judgments). C. A. 3d Cir. Certiorari denied.

No. 99–7170. COOPER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–7175. VARGAS v. LINAHAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–7184. WUCHANG ET AL. v. CITY OF REDWOOD CITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7196. BOYSIEWICK v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7202. LEE ET AL. v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 99–7217. WEATHERSPOON v. UNITED STATES;
No. 99–7218. WALLACE v. UNITED STATES; and
No. 99–7296. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 191 F. 3d 446.

No. 99–7231. BURGESS v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Ore. Certiorari denied.

No. 99–7255. SEAWORTH v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 99–7261. LONG v. DOW CHEMICAL CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–7262. THORNTON v. SCARDELLETTI ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7266. CLARK v. AT ENTERTAINMENT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7277. ALLAH v. STACHELEK ET AL. C. A. 3d Cir. Certiorari denied.